## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LESROY E. BROWNE, on behalf of himself and those similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST; and JOHN DOES 1 to 15,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 21-cv-11871<br><br>**NOTICE OF MOTION TO DISMISS** |

To:　Yongmoon Kim
　　　KIM LAW FIRM LLC
　　　411 Hackensack Ave., Ste. 701
　　　Hackensack, NJ 07601
　　　*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4, National Collegiate Student Loan Trust 2009-1, and National Collegiate Master Student Loan Trust I (collectively the "Trusts") will move before the Hon. Kevin McNulty, at a time and date to be set by the Court, for an Order granting the Trusts' motion to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, the Trusts shall rely on the Memorandum of Law and the Declaration of R. James DeRose, III, both submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: New York, New York
July 30, 2021

        LOCKE LORD LLP

        */s/ Christopher B. Fontenelli*
        Christopher B. Fontenelli
        Gregory T. Casamento (*pro hac vice*)
        R. James DeRose, III (*pro hac vice*)
        Brookfield Place
        200 Vesey Street, 20th Floor
        New York, NY 10281
        (212) 812-8325
        cfontenelli@lockelord.com
        gcasamento@lockelord.com
        rderose@lockelord.com

        J. Matthew Goodin (*pro hac vice*)
        111 S. Wacker Drive, Suite 4100
        Chicago, IL 60606
        (312) 443-0472
        jmgoodin@lockelord.com

        *Attorneys for:*
        *National Collegiate Student Loan Trust 2003-1,*
        *National Collegiate Student Loan Trust 2004-1,*
        *National Collegiate Student Loan Trust 2004-2,*
        *National Collegiate Student Loan Trust 2005-1,*
        *National Collegiate Student Loan Trust 2005-2,*
        *National Collegiate Student Loan Trust 2005-3,*
        *National Collegiate Student Loan Trust 2006-1,*
        *National Collegiate Student Loan Trust 2006-2,*
        *National Collegiate Student Loan Trust 2006-3,*
        *National Collegiate Student Loan Trust 2006-4,*
        *National Collegiate Student Loan Trust 2007-1,*
        *National Collegiate Student Loan Trust 2007-2,*
        *National Collegiate Student Loan Trust 2007-3,*
        *National Collegiate Student Loan Trust 2007-4,*
        *National Collegiate Student Loan Trust 2009-1, and*
        *National Collegiate Master Student Loan Trust I*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2021, I caused the foregoing Notice of Motion, Memorandum of Law in support thereof, Declaration of R. James De Rose, III with exhibits thereto in support thereof, and Proposed Order to be served on all parties entitled to notice by filing with the Clerk of the Court using the Court's CM/ECF system.

                                                */s/ Christopher B. Fontenelli*
                                                Christopher B. Fontenelli