**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LESROY E. BROWNE, on behalf of himself and those similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST; and JOHN DOES 1 to 15,<br><br>        Defendants. | Civil Action No. 21-cv-11871 |

**DECLARATION OF R. JAMES DEROSE, III IN SUPPORT OF**
**<u>MOTION TO DISMISS</u>**

  1. I am a partner with the law firm of Locke Lord LLP, attorneys for National Collegiate Student Loan Trust 2003-1, National Collegiate Student Loan Trust 2004-1, National Collegiate Student Loan Trust 2004-2, National Collegiate Student Loan Trust 2005-1, National Collegiate Student Loan Trust 2005-2, National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-1, National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-3, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-2, National Collegiate Student Loan Trust 2007-3, National Collegiate Student Loan Trust 2007-4, National Collegiate Student Loan Trust 2009-1, and National Collegiate Master Student Loan Trust I (collectively, the "Trusts"). I submit this Declaration in support of the Trusts' motion to dismiss Plaintiff Lesroy E. Browne's ("Browne") Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

  2. Attached hereto as **Exhibit 1** is a true and correct copy of the "Loan Request/Credit Agreement – Signature Page" executed by Browne on January 29, 2007. This document has been redacted to protect personally identifiable information.

3.     On July 30, 2021, I performed a search of Delaware's Department of State: Division of Corporations website for an entity named "National Collegiate Student Loan Trust."

4.     I went to: https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx and entered "National Collegiate Student Loan Trust" in the field marked "Entity Name." I also performed this search by entering National Collegiate Student Loan Trust (without quotation marks) in the field marked "Entity Name."

5.     Both searches returned only the following results:

| File Number | Entity Name |
| --- | --- |
| 3735138 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1 |
| 3802756 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1 |
| 3863461 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2 |
| 3919068 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-1 |
| 3971926 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 |
| 4025333 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 |
| 4107080 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1 |
| 4163572 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2 |
| 4211802 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 |
| 4245561 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4 |
| 4296849 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1 |
| 4352993 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2 |
| 4417747 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-3 |
| 4421063 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4 |
| 4753726 | THE NATIONAL COLLEGIATE STUDENT LOAN TRUST 2009-1 |

6.     The fifteen Trusts listed above are the only entities that were returned by the above-described searches.

7.     Accordingly, per the Delaware Department of State: Division of Corporations website, there is no indication that a Delaware entity named "National Collegiate Student Loan Trust" exists.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

3

Dated: July 30, 2021

                                                */s/ R. James DeRose, III*
                                                R. James DeRose, III