**\* Cosigned \*   Loan Request/Credit Agreement – Signature Page**

NON-NEGOTIABLE CREDIT AGREEMENT – THIS IS A CONSUMER CREDIT TRANSACTION

### LOAN PROGRAM INFORMATION

Education One® Education One Undergraduate Loan     Academic Period: 01/2007-05/2007

Lender: JPMorgan Chase Bank, N.A.     School: WILLIAM PATERSON UNIVERSITY

Loan Amount Requested: $5000.00     Repayment Option: Full Deferral

Deferment Period Margin: 5.75     Repayment Period Margin: 5.75     Loan Origination Fee Percentage: 9.50

### STUDENT BORROWER INFORMATION (Must be at least 18 years of age)

Borrower Name: Evadney M Browne     Home Address: [redacted] Paterson, NJ 07514
Social Security #: [redacted]5561     Date of Birth: [redacted]1973     Home Telephone: [redacted]-9961
Student Citizenship (check one box):  ☒ U.S. Citizen   ☐ Eligible Non-Citizen (Attach front & back copy of CIS or student visa card)
Note: Personal reference name and address cannot match that of the Cosigner.
Personal Reference Name: Dasrena Vamon     Reference Home Tel #: [redacted]-6695     Work Tel #:
Reference Street Address: [redacted]
Reference City/State/Zip: South Bend, IN 46615

### COSIGNER INFORMATION (Must be at least 18 years of age)

Cosigner Name: Lesroy E Browne     Home Address: [redacted] Paterson, NJ 07514
Social Security #: [redacted]2324     Date of Birth: [redacted]1961     Home Telephone: [redacted]-9961
Have you ever defaulted on a student loan or declared bankruptcy in the last 10 years?   ☐ No   ☒ Yes
Current Employer: RANA-JJ     Employer Telephone: (201) 263-8555
Current Position: Professional     Years There: 1 Years 7 Months
Years at Previous Employment: 10 Years
Alimony, child support, or separate maintenance incomes do not have to be revealed if you do not want them considered for repaying this obligation. If you are relying on such additional income, please provide details on a separate sheet of paper.

Cosigner Citizenship (check one box):   ☒ U.S. Citizen   ☐ Eligible Non-Citizen (Attach front & back copy of CIS)
Note: Personal reference name and address cannot match that of the Borrower.
Personal Reference Name: Cordover Browne     Reference Home Tel #: [redacted]-7214     Work Tel #: [redacted]-8075
Reference Street Address: [redacted]
Reference City/State/Zip: Randolph, MA 02368

By my signature, I certify that I have read, understand and agree to the terms of and undertake the obligations set forth on all four (4) pages of this Loan Request/Credit Agreement EO.06-07.CSX1.10DC.0106 ("Credit Agreement"). I understand that any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment. This Credit Agreement is signed under seal. I understand that I am not required to fax my signature on this Credit Agreement and any related notices that require signature. If I choose to fax my signature on this Credit Agreement and any related notices that require signature, I intend: (i) my fax signature to be an electronic signature under applicable federal and state law, (ii) any fax printout of this Credit Agreement and related notices to be an original document, (iii) to conduct business with the Lender by electronic records and electronic signatures, and (iv) that this Credit Agreement will not be governed by Article 3 of the Uniform Commercial Code, and my obligations under this Credit Agreement will not be subject to, but any transfer of my obligations will be subject to, Article 9 of the Uniform Commercial Code. I, the Cosigner, have read the applicable cosigner notice(s).

For purposes of the following notices "you" means the Borrower and Cosigner, not the Lender.

FOR ALABAMA RESIDENTS: CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

FOR WISCONSIN RESIDENTS: NOTICE TO CUSTOMER:
(a) DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS CREDIT AGREEMENT IF IT CONTAINS ANY BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

**PLEASE SIGN BELOW – RETURN This Page With Proof of Income and Other Information (if applicable)**
**FAX TO: 800-704-9407**

Signature of Borrower: _[signed] EMBrown_     Date: 01/29/07

BY SIGNING THIS CREDIT AGREEMENT BELOW, I CERTIFY THAT I INTEND TO (i) APPLY FOR JOINT CREDIT AND (ii) BE JOINTLY LIABLE WITH THE BORROWER FOR THIS LOAN.

Signature of Cosigner: _[signed] E Browne_     Date: 1/29/2007

EO.06-07.CSX1.10DC.0106          LENDER COPY
PN01_EO_06-07_CSX1_F_X_BROWNE_[redacted].pdf          EOXUDP