UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LESROY E. BROWNE**, on behalf of himself and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**NATIONAL COLLEGIATE STUDENT LOAN TRUST; and JOHN DOES 1 to 15**,<br><br>    Defendants. | Civ. No. 21-11871 (KM) (JSA)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion of the defendants to dismiss the complaint (DE 14); and the Court having considered the submissions of the parties (DE 16, 25, 29) without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and for good cause shown;

**IT IS** this 21st day of December 2021,

**ORDERED** that Defendant's motion to dismiss (DE 14) is **GRANTED** for lack of standing, without prejudice.

/s/ Kevin McNulty
_____
**Kevin McNulty
United States District Judge**