# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LESROY E. BROWNE, on behalf of himself and those similarly situated,**<br><br>   Plaintiff,<br><br>   v.<br><br>**NATIONAL COLLEGIATE STUDENT LOAN TRUST; and JOHN DOES 1 to 15,**<br><br>   Defendants. | Civ. No. 21-11871 (KM) (JSA)<br><br>**ORDER** |

For the reasons set forth in the accompanying Opinion,

IT IS this 16th day of February, 2022

ORDERED that plaintiff's motion to alter judgement and strike (DE 40) is GRANTED in part and DENIED in part. Specifically, the motion to alter judgment is GRANTED and the motion to strike is DENIED, and it is further

ORDERED that this case be REMANDED to the New Jersey Superior Court, Law Division, Hudson County.

The Clerk shall close the file.

/s/ Kevin McNulty
_____
**Hon. Kevin McNulty**
**United States District Judge**